# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-1788

_____

United States of America

*Plaintiff - Appellee*

v.

Gonzalo Romero-Madera

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: September 5, 2014
Filed: September 23, 2014
[Unpublished]

_____

Before MURPHY, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Gonzalo Romero-Madera appeals from the within-Guidelines-range sentence that the District Court[1] imposed after he pleaded guilty to a drug offense. His counsel

---

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the reasonableness of Romero-Madera's sentence. After careful review, we conclude that the District Court did not impose an unreasonable sentence. <u>See</u> <u>Gall v. United States</u>, 552U.S. 38, 51 (2007) (describing appellate review of sentencing decisions and noting that if a sentence is within the Guidelines range, the court of appeals may apply a presumption of reasonableness). Further, having independently reviewed the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we have found no nonfrivolous issues. We therefore affirm the judgment of the District Court, and we grant counsel's motion to withdraw subject to counsel informing Romero-Madera about procedures for seeking rehearing or filing a petition for certiorari.

———————————————————